UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LINDA ROESCHLAUB, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action No. 11-10459-JLT |
| | * |
| MICHAEL J. ASTRUE, | * |
| Commissioner of Social Security, | * |
| | * |
| Defendant. | * |

ORDER

March 7, 2012

TAURO, J.

After considering the Report and Recommendation [#21] of Magistrate Judge Collings, and noting that there is no objection, this court hereby ACCEPTS and ADOPTS the Report and Recommendation [#21] for the reasons set forth therein. Accordingly, Plaintiff's Motion to Reverse the Decision of the Commissioner [#16] is ALLOWED. This case is hereby REMANDED to the Commissioner for further proceedings in accordance with this opinion. Defendant's Motion for Order Affirming the Decision of the Commissioner [#17] is DENIED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge